UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PASCUAL HILARIO PANKIM,<br><br>  Petitioner,<br><br>v.<br><br>WILLIAM P. BARR, et al.,<br><br>  Respondents. | Case No. 20-cv-02941-JSC<br><br>**ORDER TO SHOW CAUSE:<br>IMMIGRATION HABEAS CASE** |

Petitioner, a detainee in immigration custody, filed a habeas corpus petition pursuant to 28 U.S.C. § 2241. Petitioner has paid the $5.00 filing fee. His petition sets forth two claims challenging the constitutionality of Petitioner's detention: (1) violation of his Fifth Amendment due process rights based on the Government's failure to establish that Petitioner is a danger or flight risk; (2) violation of his Fifth Amendment due process rights based on his continued detention during the COVID 19 pandemic. (Dkt. No. 1.) These claims, when liberally construed, are cognizable and potentially meritorious. Good cause appearing, Respondent is hereby ordered to show cause why the petition should not be granted.

In order to expedite the resolution of this case, it is further ordered as follows:

1. The Clerk shall serve Respondent and Respondent's attorney, the Attorney General of the United States, with a copy of this order and the petition with all attachments.

2. Respondent shall file with the court and serve on petitioner, by May 11, 2020, an answer showing cause why a writ of habeas corpus should not be granted based on the claims found cognizable herein. Respondent shall file with the answer and serve on Petitioner a copy of all portions of the administrative record that have been transcribed previously and that are relevant to a determination of the issues presented by the petition. If Petitioner wishes to respond to the answer, he shall do so by filing a traverse with the court and serving it on Respondent by May 13,

1   2020.

2   Dated: May 4, 2020

_____
JACQUELINE SCOTT CORLEY
United States Magistrate Judge