UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PASCUAL HILARIO PANKIM,<br><br>Petitioner,<br><br>v.<br><br>WILLIAM P. BARR, et al.,<br><br>Respondents. | Case No. 20-cv-02941-JSC<br><br>**ORDER DENYING MOTION TO APPEAL IN FORMA PAUPERIS**<br><br>Re: Dkt. No. 16 |

Before the Court is Petitioner's Motion to Appeal In Forma Pauperis ("Motion"). (Dkt. No. 16.) Having considered the Motion, the Court DENIES Petitioner's Motion without prejudice to resubmission. Federal Rule of Appellate Procedure 24(a)(1)(C) requires a party to "state the issues that the party intends to present on appeal." These issues must be phrased in the "typical form of an issue for the court of appeals—that is, [they must] set forth a specific contention or question regarding an alleged error on the part of the district court warranting review." *Garfield v. Astrue*, No. C 03-4124 VRW, 2009 WL 1975382 at *1 (N.D. Cal. July 8, 2009). The Motion states only that it will file a notice of appeal regarding the "den[ial] in part and dismiss[al] in part [of] Petitioner's petition for writ of habeas corpus," and is thus insufficiently specific under Federal Rule of Appellate Procedure 24(a)(1)(C). (Dkt. No. 16 at 2.)

Furthermore, Petitioner is ordered to complete Appellate Form 4, "Affidavit Accompanying Motion for Permission to Appeal In Forma Pauperis," as published in the Appendix of Forms accompanying the Federal Rules of Appellate Procedure and attach the completed Form 4 to Petitioner's revised Motion.

//

//

1  Accordingly, Petitioner's Application to Proceed In Forma Pauperis is DENIED without
2  prejudice to submitting a new application that complies with Federal Rule of Appellate Procedure
3  24.

**IT IS SO ORDERED.**

Dated: July 20, 2020

JACQUELINE SCOTT CORLEY
United States Magistrate Judge

2